

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00513-CR

Anna **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10615
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's counsel, Trisha Morales Padia, has filed a motion to withdraw as attorney for appellant which complies with the requirements of Rule 6.5. *See* TEX. R. APP. P. 6.5. The motion states that counsel represented appellant at trial and does not handle appeals, and requests that a new attorney be appointed to represent appellant on appeal. The motion is GRANTED.

A supplemental clerk's record has been filed in this court containing an order appointing new counsel to represent appellant on appeal. Accordingly, the appellant's brief is due *within thirty (30) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court